# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01302-RPM-MJW

ERNESTINA ROSENDO,

    Plaintiff,

v.

ADVANCED CALL CENTER TECHNOLOGIES, LLC, a Georgia limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                        BY THE COURT:

October 8th, 2010        s/Richard P. Matsch
_____        _____
DATE                             Richard P. Matsch, Senior Judge